CONN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before January 11, 1927. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ANNIE WEINGARTEN V. VIRGINIA FIRE AND MARINE INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before January 11, 1927. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

PETER F. WENDEL and Another v. DENNIS CONNOR, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of Proving the Last Will and Testament of ANTON BURGUN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before January 11, 1927. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

JAMES DRURY and Others v. HENRY L. DOHERTY, as Survivor, etc., and Others. JOHN B. HUTTON, Domiciliary Receiver, etc., Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

THE TECLA CORPORATION V. SALON TECLA, LTD.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

HENRY M. BRIGHAM and Another v. MATILDO F. KIDDER.— Appeal discontinued, withdrawn and marked off the calendar, without costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

BENJAMIN GOLDSTEIN v. ADOLPH M. FRIEND and Others, Impleaded with OTTO S. FUERST.— Application granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

CAROL WEBSTER v. AARON LANE.— Application granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

LESTER LEVY and Another v. JOSEPH SCHARF and Another.— Application denied, with ten dollars costs. and stay vacated. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

SCHOTZ POWERS COMPANY, INC., v. EMILY KEEFE.— Application denied, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

JAY C. LICHTERMAN v. THE F. A. BEACH Co., INC., and Another, Impleaded with FRANK A. BEACH and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY — TRANS-ATLANTIC SHIPPING COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Petition of RAY DONA KUBA to Compel HYMAN M. EPSTEIN, an Attorney at Law, to Turn over Various Stocks, Moneys and Papers.

— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of RAY DONA KUBA to Compel HYMAN M. EPSTEIN, an Attorney at Law, to Turn over Various Stocks, Bonds, Moneys and Papers.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CYRIL F. DOS PASSOS v. " ADAM " D. MORTON, First Name Being Fictitious, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RITA REDMOND, an Infant, etc., v. BORDEN'S FARM PRODUCTS CO., INC.— Motion granted. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

NATIONAL SURETY COMPANY v. LOUIS COHEN.— Motion denied. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MERVALL REALTY CO., INC., v. SAM BUTOW.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MIRIAM G. MILLER v. THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Impleaded with IRVING MILLER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SAMUEL H. COHEN v. GRANVILLE M. BREINIG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHAMPAGNE, INC., v. NATHAN SANDERS, Doing Business, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISSY KANTER and Another.— Motion granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

JOHN B. MALATESTA v. SARATOGA NATIONAL BANK.— Motion granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of ALLEN CARUTHERS, JR.— Motion denied. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN M. EPSTEIN.— Motion granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

JENNIE BEACH GASPER, as Cotrustee, etc., v. JAMES ALBERT WALES, as Cotrustee, etc., Impleaded with STANLEY Y. BEACH.— Motion granted, with leave to respondents to move to vacate this order if the said appeal be not promptly prosecuted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

FRANK HODAPP v. HIRAM B. HOPKINS.— Motion granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of ELSIE H. DE FESTETICS, as Administratrix, etc., of GYULA DE FESTETICS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

NICHOLAS SOLKO v. HAY FOUNDRY & IRON WORKS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of THE CITY OF NEW YORK (INWOOD HILL PARK).— Reargument ordered. Settle order on notice. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.